# United States Court of Appeals for the Fifth Circuit

---

No. 25-60228
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

December 31, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Lakisha Pearson,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:22-CR-132-2

---

Before King, Haynes, and Ho, *Circuit Judges*.

Per Curiam:[*]

Retained counsel for Lakisha Pearson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Pearson has filed responses, moving for a sentence reduction, for her instant prison terms to run concurrently with a 52-month term imposed in another case, for home

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

confinement, and for the appointment of counsel. The record is not sufficiently developed to allow us to make a fair evaluation of Pearson's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Pearson's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Pearson's motion for the appointment of counsel is DENIED as moot. Her remaining motions are also DENIED. *See* 18 U.S.C. § 3582(c); 18 U.S.C. § 3624(c)(2), (g).